■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IAN CRAWFORD, Appellant. [813 NYS2d 346]—Motion to dismiss appeal granted, the appeal is dismissed and the matter is remitted to Supreme Court, Monroe County, to vacate the conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel for defendant (see People v Matteson, 75 NY2d 745 [1989]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Gorski, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY RONALD GEIL, Appellant. [813 NYS2d 347]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Frederick G. Reed, J.—Criminal Sale Marihuana, 1st Degree). Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME M. GILBERT, Appellant. [813 NYS2d 348]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Criminal Possession Stolen Property, 4th Degree). Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEOFFREY M. HARLOFF, Appellant. [813 NYS2d 348]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Grand Larceny, 4th Degree). Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CASIMER HOPKINS, Appellant. [813 NYS2d 346]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Kenneth R. Fisher, J.—Sexual Abuse, 1st Degree). Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.